### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN CARLISLE, : | |
| *Plaintiff*, : | |
| : | |
| v.  : | CIVIL ACTION NO. 25-CV-0696 |
| : | |
| TOTAL LIQUIDATORS, : | |
| *Defendant*. : | |

### ORDER

AND NOW, this 15th day of May, 2025, upon consideration of Plaintiff Karen Carlisle's Motion to Proceed *In Forma Pauperis* (ECF No. 9), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**Gerald J. Pappert, J.**